IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JESSE CARL TOOMER, # 100458**     **PETITIONER**

**V.**     **CIVIL ACTION NO. 1:20-CV-381-TBM-JCG**

**JACKSON COUNTY ADULT DETENTION CENTER/JAIL and STATE OF MISSISSIPPI**     **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 18th day of February, 2021.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE