**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JESSE CARL TOOMER, # 100458**                                                         **PETITIONER**

**V.**                                               **CIVIL ACTION NO. 1:20-CV-381-TBM-JCG**

**JACKSON COUNTY ADULT DETENTION
CENTER/JAIL and STATE OF
MISSISSIPPI**                                                            **RESPONDENTS**

## **CERTIFICATE OF APPEALABILITY**

       A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

       A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

Date:   February 18, 2021              _/s/ Taylor B. McNeel_
                                                         UNITED STATES DISTRICT JUDGE